**BRYAN CAVE LLP**
Julie E. Patterson, California Bar No. 167326
Julie W. O'Dell,  California Bar No. 291083
3161 Michelson Drive, Suite 1500
Irvine, CA  92612-4414
Telephone:  (949) 223-7000
Facsimile:   (949) 223-7100
E-Mail:  jepatterson@bryancave.com
         julie.odell@bryancave.com

Attorneys for Defendant
ADECCO USA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAITLYN SHEPARDSON, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ADECCO USA, INC, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.  3:15-cv-05102<br><br>(San Mateo Superior Court CIV 535091)<br><br>**CLASS ACTION**<br><br>**DEFENDANT ADECCO USA, INC.'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**<br><br>Complaint Filed:   August 18, 2015<br>FAC Filed:          October 2, 2015 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 7.1, counsel for Defendant Adecco USA, Inc. ("Defendant") certifies that the following listed parties may have a pecuniary interest in the outcome of this case. Defendant makes these representations to enable the Court to evaluate possible recusal.

1. Adecco USA, Inc. has the following parent corporations: ASI Staffing, Inc., ADO Staffing, Inc., Adecco, Inc., and Adecco S.A.

2. Adecco S.A. is the only publicly-held corporation that owns more than 10% of the stock of Adecco USA, Inc.

Dated: November 6, 2015

**BRYAN CAVE LLP**
Julie E. Patterson
Julie W. O'Dell

By: */s/ Julie E. Patterson*
         Julie E. Patterson
Attorneys for Defendant
ADECCO USA, INC.

**PROOF OF SERVICE**
CCP 1013a(3) Revised 5/1/88
**(San Mateo – CIV 535091 – Shepardson v. Adecco)**
**(USDC - 3:15-cv-5102 – Shepardson v. Adecco)**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 3161 Michelson Drive, Suite 1500, Irvine, CA 92612-4414.

On November 6, 2015, I caused the following document(s) described as:

**DEFENDANT ADECCO USA, INC.'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVILI PROCEDURE 7.1**

to be served on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Matthew Righetti, Esq.<br>John Glugoski, Esq.<br>Michael Righetti, Esq.<br>**Righetti – Glugoski, P.C.**<br>456 Montgomery St., Ste. 1400<br>San Francisco, CA 94104 | *Attorneys for Plaintiff*<br>*Kaitlyn Shepardson*<br>Phone:    (415) 983-0900<br>Fax:        (415) 397-9005<br>E-mail: |

[☒] BY MAIL - As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[☒] FEDERAL - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 6, 2015, at Irvine, California.

*/s/ Julie E. Patterson*
Julie E. Patterson

IR01DOCS\784146.1\0389659

PROOF OF SERVICE