**BRYAN CAVE LLP**
Julie E. Patterson    (CA Bar 167326)
Julie W. O'Dell       (CA Bar 291083)
Steven A. Witt        (CA Bar 277303)
3161 Michelson Drive, Suite 1500
Irvine, CA 92612-4414
Telephone:  (949) 223-7000
Facsimile:   (949) 223-7100
E-Mail:  jepatterson@bryancave.com
         julie.odell@bryancave.com
         steven.witt@bryancave.com

Attorneys for Defendant
ADECCO USA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAITLYN SHEPARDSON, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ADECCO USA, INC, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:15-cv-05102-EMC (San Mateo Superior Court CIV 535091)<br><br>Hon. Edward M. Chen<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO COMPEL ARBITRATION**<br><br>Date:      March 10, 2016<br>Time:      1:30 p.m.<br>Room:      5<br><br>Complaint Filed:   August 18, 2015<br>FAC Filed:          October 2, 2015 |

On March 10, 2016, at 1:30 p.m., Defendant's Adecco USA, Inc. ("Defendant") Motion to Compel Arbitration came on for hearing before this Court in Courtroom 5. The Honorable Edward M. Chen presided.

The Court reviewed the arguments asserted by counsel, the memorandum of points and authorities and other papers submitted by the parties, and the pleadings and records on file.

**IT IS ORDERED THAT:**

1.      Adecco's Motion to Compel Arbitration is GRANTED.

2.      Plaintiff shall arbitrate, on an individual basis, her disputes arising out of or relating to his employment with Adecco, including but not limited to the individual claims asserted in her Complaint filed in this action, in accordance with Adecco's Dispute Resolution and Arbitration Agreement for Consultants/Associates.

3.      This action, including Plaintiff's representative claim under the California Private Attorneys General Act, shall be stayed pending the completion of binding arbitration.

Dated:_____

_____
Hon. Edward M. Chen
United States District Court
Northern District of California

BRYAN CAVE LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CA 92612-4414

**PROOF OF SERVICE**
CCP 1013a(3) Revised 5/1/88
(San Mateo – CIV 535091 – Shepardson v. Adecco)
(USDC - 3:15-cv-05102-EMC – Shepardson v. Adecco)

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action.  My business address is:  3161 Michelson Drive, Suite 1500, Irvine, CA  92612-4414.

On February 2, 2016, I caused the following document(s) described as:

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO COMPEL ARBITRATION**

to be served on all interested parties in this action as follows:

| | |
|---|---|
| Matthew Righetti, Esq.<br>John Glugoski, Esq.<br>Michael Righetti, Esq.<br>**Righetti – Glugoski, P.C.**<br>456 Montgomery St., Ste. 1400<br>San Francisco, CA 94104 | *Attorneys for Plaintiff*<br>*Kaitlyn Shepardson*<br>Phone:    (415) 983-0900<br>Fax:       (415) 397-9005<br>E-mail:    matt@righettilaw.com<br>             jglugoski@righettilaw.com<br>             mike@righettilaw.com |

[☒] BY CM/ECF NOTICE OF ELECTRONIC FILING:  I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

[☒] FEDERAL - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 2, 2016, at Irvine, California.

_____
Ginny Hamel

BRYAN CAVE LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CALIFORNIA 92612-4414

IR01DOCS\784146.1\0389659

PROOF OF SERVICE