1 | **BRYAN CAVE LLP**
Julie E. Patterson   (CA Bar 167326)
Julie W. O'Dell      (CA Bar 291083)
Steven A. Witt       (CA Bar 277303)
3161 Michelson Drive, Suite 1500
Irvine, CA 92612-4414
Telephone:  (949) 223-7000
Facsimile:   (949) 223-7100
E-Mail:  jepatterson@bryancave.com
         julie.odell@bryancave.com
         steven.witt@bryancave.com

Attorneys for Defendant
ADECCO USA, INC.

**RIGHETTI – GLUGOSKI, P.C.**
Matthew Righetti   (CA Bar 121012)
John Glugoski      (CA Bar 191551)
Michael Righetti   (CA Bar 258541)
456 Montgomery St., Ste. 1400
San Francisco, CA 94104
Telephone:  (415) 983-0900
Facsimile:   (415) 397-9005
E-mail:  matt@righettilaw.com
         jglugoski@righettilaw.com
         mike@righettilaw.com

Attorneys for Plaintiff
KAITLYN SHEPARDSON

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAITLYN SHEPARDSON, individually, and on behalf of other members of the general public similarly situated,<br><br>                    Plaintiff,<br>       v.<br><br>ADECCO USA, INC, and DOES 1 through 100, inclusive,<br><br>                    Defendants. | Case No. 3:15-cv-05102-EMC<br><br>(San Mateo Superior Court CIV 535091)<br><br>Hon. Edward M. Chen / Room 5<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION AND [P~~ROPO~~SED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>[Pursuant to Local Rules 7-12, 16.2(e)]<br><br>Date:   March 3, 2016<br>Time:   9:30 a.m.<br>Room:   5<br><br>Complaint Filed:  August 18, 2015<br>FAC Filed:          October 2, 2015 |

Plaintiff Kaitlyn Shepardson ("Plaintiff") and Defendant Adecco USA, Inc. ("Adecco" or "Defendant") (collectively, the "Parties"), through their respective counsel of record, stipulate and agree as follows:

WHEREAS, Adecco filed a Motion to Compel Arbitration on February 2, 2016, seeking an order from this Court to compel arbitration of Plaintiff's individual claims in the above-listed action and to stay litigation pending the completion of arbitration;

WHEREAS, a case management conference is scheduled to take place on March 3, 2016;

WHEREAS, the Parties' Joint Case Management Conference Statement and Rule 26(f) report is currently due to be filed by February 25, 2016;

WHEREAS, the hearing on Defendant's Motion to Compel Arbitration is scheduled for March 10, 2016.  The Court's ruling on the motion could impact the Parties' proposed discovery and scheduling order deadlines in their Rule 26 report since it may result in some or all of the claims being stayed and/or compelled to arbitration;

WHEREAS, in order to maximize the efficient use of the Court and Parties' time, the Parties wish to continue the initial Case Management Conference so that it takes place after the Court issues its order on Defendant's Motion to Compel Arbitration;

**IT IS THEREFORE STIPULATED BY THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD** that, subject to Court approval, the case management conference be continued to a date on or after the Court rules on Defendant's Motion to Compel Arbitration, at the convenience of the Court.

/ / /

**IT IS SO AGREED:**

Dated:  February 25, 2016            **RIGHETTI – GLUGOSKI, P.C.**
Matthew Righetti
John Glugoski
Michael Righetti

By:   */s/ John Glugoski*
          John Glugoski
Attorneys for Defendant
KAITLYN SHEPARDSON

Dated:  February 25, 2016            **BRYAN CAVE LLP**
Julie E. Patterson
Julie W. O'Dell
Steven A. Witt


By:   */s/ Julie E. Patterson*
          Julie E. Patterson
Attorneys for Defendant
ADECCO USA, INC.

## SIGNATURE CERTIFICATION

I hereby certify that I have obtained counsel's authorization to affix his electronic signature to this document.

*/s/ Julie E. Patterson*
Julie E. Patterson
BRYAN CAVE LLP
Attorneys for Defendant ADECCO USA, INC.

1  **[PROPOSED] ORDER**

2  **PURSUANT TO GOOD CAUSE, THE COURT HEREBY ORDERS** that the Case
3  Management Conference, now scheduled for March 3, 2016, is continued and shall be scheduled
4  to take place on ___April 21, 2016___ at ___9:30___ a.m./p.m. Joint CMC statement due
    April 14, 2016.
5  **IT IS SO ORDERED.**

6

7  DATED: ___March 1___, 2016   _____
8                                EDWARD M. CHEN
                                  UNITED STATES



IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen