**MATTHEW RIGHETTI**     {121012}
**JOHN GLUGOSKI**        {191551}
**MICHAEL RIGHETTI**     {258541}
**RIGHETTI · GLUGOSKI, P.C.**
456 Montgomery Street, Suite 1400
San Francisco, CA 94104
Telephone: (415) 983-0900
Facsimile**:** (415) 397-9005

*Attorneys for* Plaintiff

**BRYAN CAVE LLP**
Julie E. Patterson     (CA Bar 167326)
Julie W. O'Dell        (CA Bar 291083)
3161 Michelson Drive, Suite 1500
Irvine, CA 92612-4414
Telephone:  (949) 223-7000
Facsimile:     (949) 223-7100
E-Mail:  jepatterson@ bryancave.com
julie.odell@  bryancave.com

*Attorneys for Defendant ADECCO USA, INC.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAITLYN SHEPARDSON, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ADECCO USA, INC., and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 3:15-cv-05102-EMC<br>(San Mateo Superior Court CIV 535091)<br><br>CLASS ACTION<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Hon. Edward M. Chen / Room 5<br><br><br>**DATE: JULY 6, 2017**<br>**Time:   10:30 a.m.**<br>**Room:  5** |

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

By and through their respective counsel of record, Plaintiff Kaitlyn Shepardson ("Plaintiff") and Defendant ADECCO USA INC, ("Defendant") hereby STIPULATE, and the COURT HEREBY ORDERS, ADJUDGES AND DECREES as follows:

WHEREAS, Plaintiff filed this proposed class action on or about August 18, 2015;

WHEREAS, Defendant removed the action to this Court and filed a Motion to Compel single plaintiff arbitration pursuant to the Arbitration Agreement between the parties;

WHEREAS, the Court granted Defendant's Motion to Compel single plaintiff arbitration pursuant to the arbitration agreement, which contains a ban on class actions;

WHEREAS, Plaintiff simultaneously challenged the enforceability of the Arbitration Agreement and its ban on class actions as a violation of federal law with the National Labor Relations Board;

WHEREAS, after the Court ruled on the Motion to Compel in this case, the Ninth Circuit Court of Appeal in *Morris v. Ernst Young* held that bans on class actions in arbitration agreements violate the National Labor Relations Act;

WHEREAS the decision in *Morris v. Ernst Young* conflicts with existing decisions from other Circuit Courts of Appeal;

WHEREAS, the United States Supreme Court has granted review of the *Morris v. Ernst Young* decision to resolve the enforceability of class actions bans in arbitration agreements given the National Labor Relations Act;

WHEREAS, on January 19, 2017, the Court ordered this case stayed pending the Supreme Court decision in *Morris v. Ernst Young* (DKT. 29);

WHEREAS, the United States Supreme Court rescheduled the June 2017 oral argument in this matter and has now placed the *Morris v. Ernst Young* case on its fall calendar;

WHEREAS, the parties have met and conferred and agree that a continued stay of the proceedings pending resolution of *Morris v. Ernst Young* is warranted;

NOW THEREFORE, Plaintiff and Defendant do hereby stipulate that the stay of the proceedings shall remain in effect pending the resolution of *Morris v. Ernst Young*, with the Court to set a Further Case Management Conference in October 2017 to discuss how to proceed.

Dated: June 27, 2017

**BRYAN CAVE LLP**

By: /s/Julie Patterson
Julie Patterson
*Attorneys for* Defendant

**SIGNATURE CERTIFICATE**

I hereby certify that I have obtained counsel's authorization to affix her electronic signature to this document.

**RIGHETTI ● GLUGOSKI P.C.**

By: /s/John Glugoski
John Glugoski
*Attorneys for* Plaintiff

# **ORDER**

Based on the foregoing Stipulation and good cause appearing, IT IS HEREBY ORDERED AS FOLLOWS:

The Case Management Conference set for July 6, 2017 shall be continued to Oct. 5, 2017. The stay of this action shall remain in effect pending the resolution of Morris v. Ernst Young. A Joint Case Management Conference Statement shall be due September 28, 2017.

Dated: June 27, 2017



_____
HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

4

STIPULATION AND PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE