1  **MATTHEW RIGHETTI   {121012}**
   **JOHN GLUGOSKI      {191551}**
2  **MICHAEL RIGHETTI   {258541}**
   **RIGHETTI · GLUGOSKI, P.C.**
3  456 MONTGOMERY STREET, SUITE 1400
4  SAN FRANCISCO, CA  94104
   TELEPHONE: (415) 983-0900
5  FACSIMILE**:**  (415) 397-9005
   E-MAIL: MATT@RIGHETTILAW.COM
6  JGLUGOSKI@RIGHETTILAW.COM

7  *ATTORNEYS FOR* PLAINTIFF

8
   **JULIE E. PATTERSON    {167326}**
9  **JULIE W. O'DELL       {291083}**
   **BRYAN CAVE LLP**
10 3161 MICHELSON DRIVE, SUITE 1500
11  IRVINE, CA 92612-4414
   TELEPHONE:   (949) 223-7000
12 FACSIMILE:(949) 223-7100
   E-MAIL:  JEPATTERSON@ BRYANCAVE.COM
13 JULIE.ODELL@  BRYANCAVE.COM

14 *ATTORNEYS FOR DEFENDANT ADECCO USA, INC.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAITLYN SHEPARDSON, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ADECCO USA, INC., and  DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 3:15-CV-05102-EMC<br>(SAN MATEO SUPERIOR COURT CIV 535091)<br><br>CLASS ACTION<br><br>**JOINT CASE MANAGEMENT CONFERENCE**<br>HON. EDWARD M. CHEN / ROOM 5<br><br>**DATE: NOVEMBER 16, 2017**<br>**TIME:  10:30 A.M.**<br>**ROOM:  5** |

By and through their respective counsel of record, Plaintiff Kaitlyn Shepardson ("Plaintiff") and Defendant ADECCO USA INC, ("Defendant") hereby submit this Joint Case Management Statement:

Plaintiff filed the proposed class action on or about August 18, 2015. Defendant removed the action to this Court and filed a Motion to Compel single plaintiff arbitration pursuant to the Arbitration Agreement between the parties. The Court granted Defendant's Motion to Compel single plaintiff arbitration pursuant to the arbitration agreement, which contains a ban on class actions.

After the Court ruled on the Motion to Compel in this case, the Ninth Circuit Court of Appeal in *Morris v. Ernst Young* held that bans on class actions in arbitration agreements violate the National Labor Relations Act. The United States Supreme Court granted review of the *Morris v. Ernst Young* decision to resolve the enforceability of class actions bans in arbitration agreements in light of the National Labor Relations Act. This matter was stayed pending resolution of this issue as it may impact whether the ban on class actions in this case is valid.

The Supreme Court held oral argument on October 2, 2017. As of the date of this submission, the Supreme Court has yet to render a decision.

Should the Supreme Court issue their Opinion by November 13, 2017 the parties will be prepared to discuss at the CMC how to proceed based on the outcome of *Morris v. Ernst Young*. Should the Supreme Court not issue their Opinion by November 13, 2017, the parties

///

///

request a two-week continuance to allow the Supreme Court to rule.

DATED: NOVEMBER 6, 2017

**RIGHETTI • GLUGOSKI P.C.**

By: **/s/John Glugoski**
John Glugoski
*Attorneys for* Plaintiff

**BRYAN CAVE LLP**

BY: **/s/JULIE PATTERSON**
JULIE PATTERSON
*Attorneys for* Defendant

## ORDER

Based on the foregoing Stipulation and good cause appearing, IT IS HEREBY ORDERED AS FOLLOWS:

The Case Management Conference set for November 16, 2017 shall be continued to ~~December 12, 2017~~ December 12, 2017 at 2:30 p.m. The stay of this action shall remain in effect pending the resolution of Morris v. Ernst Young. A Joint Case Management Conference Statement shall be due December 5, 2017

Dated: ~~October~~ 11/14, 2017



HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT COURT

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

---

4
JOINT CASE MANAGEMENT CONFERENCE STATEMENT