1 **BRYAN CAVE LLP**
Julie E. Patterson  (CA Bar 167326)
2 Julie W. O'Dell  (CA Bar 291083)
3161 Michelson Drive, Suite 1500
3 Irvine, CA 92612-4414
Telephone: (949) 223-7000
4 Facsimile: (949) 223-7100
E-Mail: jepatterson@bryancave.com
5         julie.odell@bryancave.com

6 Attorneys for Defendant
ADECCO USA, INC.
7
**RIGHETTI – GLUGOSKI, P.C.**
8 Matthew Righetti  (CA Bar 121012)
John Glugoski    (CA Bar 191551)
9 Michael Righetti  (CA Bar 258541)
456 Montgomery St., Ste. 1400
10 San Francisco, CA 94104
Telephone: (415) 983-0900
11 Facsimile: (415) 397-9005
E-mail: matt@righettilaw.com
12         jglugoski@righettilaw.com
        mike@righettilaw.com
13
Attorneys for Plaintiff
14 KAITLYN SHEPARDSON

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAITLYN SHEPARDSON, individually, and on behalf of other members of the general public similarly situated, | Case No. 3:15-cv-05102-EMC |
| | (San Mateo Superior Court CIV 535091) |
| Plaintiff, | Hon. Edward M. Chen / Room 5 |
| v. | **CLASS ACTION** |
| ADECCO USA, INC, and DOES 1 through 100, inclusive, | **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| Defendants. | |
| | [Pursuant to Local Rules 7-12, 16.2(e)] |
| | Date: December 8, 2017<br>Time: 1:30 p.m.<br>Room: 5 |
| | Complaint Filed: August 18, 2015<br>FAC Filed: October 2, 2015 |

Plaintiff Kaitlyn Shepardson ("Plaintiff") and Defendant Adecco USA, Inc. ("Adecco" or "Defendant") (collectively, the "Parties"), through their respective counsel of record, stipulate and agree as follows:

WHEREAS, Plaintiff filed the proposed class action on or about August 18, 2015. Defendant removed the action to this Court and filed a Motion to Compel single plaintiff arbitration pursuant to the Dispute Resolution Agreement between the parties. The Court granted Defendant's Motion to Compel single plaintiff arbitration pursuant to the arbitration agreement, which contains a class action waiver.

WHEREAS, after the Court ruled on the Motion to Compel in this case, the Ninth Circuit Court of Appeal in *Morris v. Ernst Young* held that class action waivers in arbitration agreements violate the National Labor Relations Act. The United States Supreme Court granted review of the *Morris v. Ernst Young* decision to resolve the enforceability of class action waivers in arbitration agreements in light of the National Labor Relations Act. This matter was stayed pending resolution of this issue as it may impact whether the class action waiver in this case is valid.

WHEREAS, the Supreme Court held oral argument on October 2, 2017, and, as of the date of this submission, the Supreme Court has yet to render a decision.

WHEREAS, the Court recently rescheduled the next case management conference in this matter for December 8, 2017, and counsel for Adecco has a conflict on that date due to a prepaid full-day wage and hour seminar in Los Angeles.

WHEREAS, Plaintiff's counsel will be traveling out of the country for the holidays from December 21, 2017 to January 9, 2018.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**IT IS THEREFORE STIPULATED BY THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD** that, subject to Court approval, to allow the Supreme Court to rule and to take into consideration the unavailability of counsel, that the case management conference be continued to a date between December 11 and 20, 2017, or after January 9, 2018.

**IT IS SO AGREED:**

Dated: November 30, 2017

**RIGHETTI – GLUGOSKI, P.C.**
Matthew Righetti
John Glugoski
Michael Righetti

By: */s/ John Glugoski*
    John Glugoski
Attorneys for Defendant
KAITLYN SHEPARDSON

Dated: November 30, 2017

**BRYAN CAVE LLP**
Julie E. Patterson
Julie W. O'Dell
Steven A. Witt

By: */s/ Julie E. Patterson*
    Julie E. Patterson
Attorneys for Defendant
ADECCO USA, INC.

## SIGNATURE CERTIFICATION

I hereby certify that I have obtained counsel's authorization to affix his electronic signature to this document.

*/s/ Julie E. Patterson*
Julie E. Patterson
BRYAN CAVE LLP
Attorneys for Defendant ADECCO USA, INC.

BRYAN CAVE LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CA 92612-4414

# [PROPOSED] ORDER

**PURSUANT TO GOOD CAUSE, THE COURT HEREBY ORDERS** that the Case Management Conference, now scheduled for December 8, 2017, is continued and shall be scheduled to take place on _____2/1/18_____ at __10:30__ a.m./p.m.

**IT IS SO ORDERED.**

DATED: ____11/30____, 2017



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

BRYAN CAVE LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CA 92612-4414

BRYAN CAVE LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CALIFORNIA 92612-4414

**PROOF OF SERVICE**
CCP 1013a(3) Revised 5/1/88
**(San Mateo – CIV 535091 – Shepardson v. Adecco)**
**(USDC - 3:15-cv-05102-EMC – Shepardson v. Adecco)**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 3161 Michelson Drive, Suite 1500, Irvine, CA 92612-4414.

On November 30, 2017, I caused the following document(s) described as:

**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

to be served on all interested parties in this action as follows:

| | |
|---|---|
| Matthew Righetti, Esq.<br>John Glugoski, Esq.<br>Michael Righetti, Esq.<br>**Righetti – Glugoski, P.C.**<br>456 Montgomery St., Ste. 1400<br>San Francisco, CA 94104 | *Attorneys for Plaintiff*<br>*Kaitlyn Shepardson*<br>Phone: (415) 983-0900<br>Fax: (415) 397-9005<br>E-mail: matt@righettilaw.com<br>jglugoski@righettilaw.com<br>mike@righettilaw.com |

[☒] BY CM/ECF NOTICE OF ELECTRONIC FILING: I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

[☒] FEDERAL - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 30, 2017, at Irvine, California.

*/s/ Julie E. Patterson*
Julie E. Patterson

IR01DOCS\784146.1\0389659

PROOF OF SERVICE