1 **BRYAN CAVE LLP**
Allison Eckstrom (CA Bar 217255)
2 Julie W. O'Dell (CA Bar 291083)
3161 Michelson Drive, Suite 1500
3 Irvine, CA 92612-4414
Telephone: (949) 223-7000
4 Facsimile: (949) 223-7100
E-Mail: julie.odell@bryancave.com
5
Attorneys for Defendant
6 ADECCO USA, INC.

7
**RIGHETTI – GLUGOSKI, P.C.**
8 Matthew Righetti (CA Bar 121012)
John Glugoski (CA Bar 191551)
9 Michael Righetti (CA Bar 258541)
456 Montgomery St., Ste. 1400
10 San Francisco, CA 94104
Telephone: (415) 983-0900
11 Facsimile: (415) 397-9005
E-mail: matt@righettilaw.com
12 jglugoski@righettilaw.com
mike@righettilaw.com
13
Attorneys for Plaintiff
14 KAITLYN SHEPARDSON

15 **UNITED STATES DISTRICT COURT**

16 **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 17 KAITLYN SHEPARDSON, individually, and on behalf of other members of the general public similarly situated, | Case No. 3:15-cv-05102-EMC |
| 18 | (San Mateo Superior Court CIV 535091) |
| 19 Plaintiff, v. | Hon. Edward M. Chen / Room 5 |
| 20 ADECCO USA, INC, and DOES 1 through 100, inclusive, | **CLASS ACTION** |
| 21 | **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| 22 Defendants. | |
| 23 | [Pursuant to Local Rules 7-12, 16.2(e)] |
| 24 | Date: March 22, 2018<br>Time: 10:30 a.m. |
| 25 | Room: 5 |
| 26 | Complaint Filed: August 18, 2015<br>FAC Filed: October 2, 2015 |

27

28

| | |
|---|---|
| 1 | Plaintiff Kaitlyn Shepardson ("Plaintiff") and Defendant Adecco USA, Inc. ("Adecco" or |
| 2 | "Defendant") (collectively, the "Parties"), through their respective counsel of record, stipulate and |
| 3 | agree as follows: |

 Plaintiff Kaitlyn Shepardson ("Plaintiff") and Defendant Adecco USA, Inc. ("Adecco" or "Defendant") (collectively, the "Parties"), through their respective counsel of record, stipulate and agree as follows:

WHEREAS, Plaintiff filed the proposed class action on or about August 18, 2015. Defendant removed the action to this Court and filed a Motion to Compel single plaintiff arbitration pursuant to the Dispute Resolution Agreement between the parties. The Court granted Defendant's Motion to Compel pursuant to the arbitration agreement, which contains a class action waiver.

WHEREAS, after the Court ruled on the Motion to Compel in this case, the Ninth Circuit Court of Appeal in *Morris v. Ernst & Young, LLP*, 834 F.3d 975 (9th Cir. 2016), held that class action waivers in arbitration agreements violate the National Labor Relations Act. The United States Supreme Court granted review of the *Morris v. Ernst & Young* decision. *Ernst & Young, LLP v. Morris*, 137 S.Ct. 809 (2017). This matter was stayed pending the Supreme Court's decision.

WHEREAS, the Supreme Court held oral argument on October 2, 2017, and, as of the date of this submission, the Supreme Court has yet to render a decision. Accordingly, the parties request a 6-week continuance of the CMC.

**IT IS THEREFORE STIPULATED BY THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD** that, subject to Court approval, the case management conference be continued six (6) weeks to a date after May 3, 2018.

**IT IS SO AGREED:**

Dated: March 13, 2018

**RIGHETTI – GLUGOSKI, P.C.**
Matthew Righetti
John Glugoski
Michael Righetti

By: */s/ John Glugoski*
   John Glugoski
Attorneys for Defendant
KAITLYN SHEPARDSON

| | | |
|---|---|---|
| Dated: March 13, 2018 | | **BRYAN CAVE LLP**<br>Allison Eckstrom |
| | By: | */s/Allison Eckstrom*<br>Allison Eckstrom<br>Attorneys for Defendant<br>ADECCO USA, INC. |

## SIGNATURE CERTIFICATION

I hereby certify that I have obtained counsel's authorization to affix her electronic signature to this document.

| | | |
|---|---|---|
| | By: | */s/ John Glugoski*<br>John Glugoski<br>Attorneys for Defendant<br>KAITLYN SHEPARDSON |

| | |
|---|---|
| 1 | **[PRO~~POS~~ED] ORDER** |
| 2 | **PURSUANT TO GOOD CAUSE, THE COURT HEREBY ORDERS** that the Case |
| 3 | Management Conference, now scheduled for March 22, 2018, is continued and shall be scheduled |
| 4 | to take place on _____May 24, 2018_____ at ___10:30___ a.m./~~p.m.~~ |
| 5 | **IT IS SO ORDERED.** |
| 7 | DATED: _____3/14_____, 2018 |

IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen