**BRYAN CAVE LLP**
Allison Eckstrom   (CA Bar 217255)
Julie W. O'Dell    (CA Bar 291083)
3161 Michelson Drive, Suite 1500
Irvine, CA 92612-4414
Telephone:  (949) 223-7000
Facsimile:  (949) 223-7100
E-Mail:  julie.odell@bryancave.com

Attorneys for Defendant
ADECCO USA, INC.


**RIGHETTI – GLUGOSKI, P.C.**
Matthew Righetti   (CA Bar 121012)
John Glugoski      (CA Bar 191551)
Michael Righetti   (CA Bar 258541)
456 Montgomery St., Ste. 1400
San Francisco, CA 94104
Telephone:  (415) 983-0900
Facsimile:  (415) 397-9005
E-mail:  matt@righettilaw.com
         jglugoski@righettilaw.com
         mike@righettilaw.com

Attorneys for Plaintiff
KAITLYN SHEPARDSON

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAITLYN SHEPARDSON, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br>v.<br>ADECCO USA, INC, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:15-cv-05102-EMC<br><br>(San Mateo Superior Court CIV 535091)<br><br>Hon. Edward M. Chen / Room 5<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>[Pursuant to Local Rules 7-12, 16.2(e)]<br><br>Date:  May 24, 2018<br>Time:  10:30 a.m.<br>Room:  5<br><br>Complaint Filed:  August 18, 2015<br>FAC Filed:  October 2, 2015 |

Plaintiff Kaitlyn Shepardson ("Plaintiff") and Defendant Adecco USA, Inc. ("Adecco" or "Defendant") (collectively, the "Parties"), through their respective counsel of record, stipulate and agree as follows:

WHEREAS, Plaintiff filed the proposed class action on or about August 18, 2015. Defendant removed the action to this Court and filed a Motion to Compel single plaintiff arbitration pursuant to the Dispute Resolution Agreement between the parties. The Court granted Defendant's Motion to Compel pursuant to the arbitration agreement, which contains a class action waiver.

WHEREAS, after the Court ruled on the Motion to Compel in this case, the Ninth Circuit Court of Appeal in *Morris v. Ernst & Young, LLP*, 834 F.3d 975 (9th Cir. 2016), held that class action waivers in arbitration agreements violate the National Labor Relations Act. The United States Supreme Court granted review of the *Morris v. Ernst & Young* decision. *Ernst & Young, LLP v. Morris*, 137 S.Ct. 809 (2017). This matter was stayed pending the Supreme Court's decision.

WHEREAS, the Supreme Court held oral argument on October 2, 2017, and, as of the date of this submission, the Supreme Court has yet to render a decision.

Further Plaintiff's counsel will be out of the country from June 14, 2018 through July 10, 2018. Accordingly, the parties request a 6-week continuance of the CMC.

*///*

*///*

| | |
|---|---|
| 1 | **IT IS THEREFORE STIPULATED BY THE PARTIES, THROUGH THEIR** |
| 2 | **RESPECTIVE COUNSEL OF RECORD** that, subject to Court approval, the case management |
| 3 | conference be continued six (6) weeks to a date after July 10, 2018. |
| 4 | **IT IS SO AGREED:** |

Dated: May 15, 2018

**RIGHETTI – GLUGOSKI, P.C.**
Matthew Righetti
John Glugoski
Michael Righetti

By: */s/ John Glugoski*
John Glugoski
Attorneys for Defendant
KAITLYN SHEPARDSON

Dated: May 15, 2018

**BRYAN CAVE LLP**
Allison Eckstrom

By: */s/Allison Eckstrom*
Allison Eckstrom
Attorneys for Defendant
ADECCO USA, INC.

## SIGNATURE CERTIFICATION

I hereby certify that I have obtained counsel's authorization to affix her electronic signature to this document.

By: */s/ John Glugoski*
John Glugoski
Attorneys for Defendant
KAITLYN SHEPARDSON

1 **[PROPOSED] ORDER**

2 **PURSUANT TO GOOD CAUSE, THE COURT HEREBY ORDERS** that the Case

3 Management Conference, now scheduled for M~~arch 2~~2, 2018, is continued and shall be scheduled
    (5/24)

4 to take place on _____8/2/18_____ at ___10:30___ a.m./~~p.m.~~

5 **IT IS SO ORDERED.**

6

7 DATED: _____5/16_____, 2017



8