RIGHETTI – GLUGOSKI, P.C.
Matthew Righetti (State Bar No. 121012)
John Glugoski (State Bar No. 191551)
Michael Righetti (State Bar No. 258541)
456 Montgomery St., Suite 1400
San Francisco, California 94104
Telephone: (415) 983-0900
Facsimile: (415) 397-9005
Email: matt@righettilaw.com
Email: jglugoski@righettilaw.com
Email: mike@righettilaw.com

Attorneys for Plaintiff,
KAITLYN SHEPARDSON

JACKSON LEWIS P.C.
Mia Farber (State Bar No. 131467)
Angel R. Sevilla (State Bar No. 239072)
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017
Telephone: (213) 689-0404
Facsimile: (213) 689-0430
Email: mia.farber@jacksonlewis.com
Email: angel.sevilla@jacksonlewis.com

Attorneys for Defendant
ADECCO USA, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAITLYN SHEPARDSON, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ADECCO USA, INC., and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 3:15-cv-05102 (EMC)<br><br><u>Assigned For All Purposes To:</u><br>Hon. Edward M. Chen<br><br>**JOINT STIPULATION AND [PR~~OPOS~~ED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>[Pursuant to Local Rules 7-12, 16.2(e)]<br><br>Date:     August 2, 2018<br>Time:     10:30 a.m.<br>Location: Courtroom 05, 17th Floor<br>           450 Golden Gate Avenue<br>           San Francisco, California 94102<br><br>Original Complaint filed: August 18, 2015<br>Trial Date: None set |

Plaintiff Kaitlyn Shepardson ("Plaintiff") and Defendant Adecco USA, Inc. ("Adecco" or "Defendant") (collectively, the "Parties"), through their respective counsel of record, stipulate and agree as follows:

WHEREAS, Plaintiff filed the proposed class action on August 18, 2015. Defendant removed the action to this Court and filed a Motion to Compel arbitration pursuant to the Dispute Resolution Agreement between the Parties. The Court granted Defendant's Motion to Compel pursuant to the arbitration agreement. This matter was stayed pending the United States Supreme Court's decision in *Morris v. Ernst & Young*, 137 S.Ct. 809 (2017).

WHEREAS, the Court rescheduled the next case management conference in this matter for August 2, 2018 (ECF Doc. 47.).

WHEREAS, on July 2, 2018, Defendant filed a Substitution of Counsel to be represented by Jackson Lewis P.C. on this matter (ECF Doc. 48.) Angel R. Sevilla filed a Notice of Appearance on July 3, 2018 (ECF Doc. 49.)

WHEREAS, Defendant's lead counsel, Mia Farber, is unavailable on August 2, 2018. As well, Jackson Lewis respectfully asks for continuance of the CMC to effectuate the transition of this matter from Defendant's former counsel, Bryan Cave LLP.

WHEREAS, Plaintiff's counsel, has a trial presently scheduled to commence on September 10, 2018.

**IT IS THEREFORE STIPULATED BY THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD** that, subject to the Court's approval, the case management conference be continued to a date after September 17, 2018.

IT IS SO AGREED:

DATED: July 10, 2018                    RIGHETTI – GLUGOSKI, P.C.

                                        By:   /s/ John Glugoski
                                              Matthew Righetti
                                              John Glugoski
                                              Michael Righetti
                                              Attorneys for Plaintiff
                                              KAITLYN SHEPARDSON

| | | |
|---|---|---|
| 1 | DATED: July 10, 2018 | JACKSON LEWIS P.C. |
| 2 | | By: /s/ Angel R. Sevilla |
| 3 | | Mia Farber |
| | | Angel R. Sevilla |
| 4 | | Attorneys for Defendant |
| | | ADECCO USA, INC. |

## SIGNATURE CERTIFICATION

I hereby certify that I have obtained counsel's authorization to affix his electronic signature to this document.

By: /s/ Angel R. Sevilla
Angel R. Sevilla
Attorneys for Defendant
ADECCO USA, INC.

**[PR~~OPO~~SED] ORDER**

Pursuant to Good Cause, the Court hereby Orders that the Case Management Conference, now scheduled for August 2, 2018, is continued and shall be scheduled to take place on ____Sept. 27____, 2018 at ____10:30____ a.m./~~p.m.~~ The Case Management Statement is due by ____sept. 20____, 2018.

**IT IS SO ORDERED.**

Dated: ____July 10____, 2018



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

4814-5915-1724, v. 2

- 4 - Case No.: 3:15-cv-05102 (EMC)
JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE