Case 3:15-cv-05102-EMC Document 52 Filed 07/11/18 Page 1 of 1

Case 3:15-cv-05102-EMC   Document 52   Filed 07/11/18   Page 1 of 1

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| Kaitlyn Shepardson<br>Plaintiff(s),<br>V.<br>Adecco USA, Inc.<br>Defendant(s), | CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY<br><br>CASE NUMBER: 3:15-cv-05102-EMC |

Notice is hereby given that, subject to approval by the court, **Adecco USA, Inc.** substitutes
(Party(s) Name)

**Mia Farber, Jackson Lewis P.C.**, State Bar No. **131467** as counsel of record in
(Name of New Attorney)

place of **Julie Erin Patterson, Allison Clare Eckstrom, Julie Westcott O'Dell, Steven Allan Witt - Bryan Cave LLP**.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Jackson Lewis P.C.
Address: 725 South Figueroa Street, Suite 2500, Los Angeles, California 90017
Telephone: (213) 689-0404   Facsimile (213) 689-0430
E-Mail (Optional): Mia.Farber@jacksonlewis.com

I consent to the above substitution.
Date: 6/27/18
*[signature] Acting General Counsel*
(Signature of Party(s))

I consent to being substituted.
Date: 6/26/18
*[signature] Julie O'Dell*
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 6/26/18
*[signature] Mia Farber*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 7/11/2018

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*IT IS SO ORDERED*
*[signature] Judge Edward M. Chen*

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]