RIGHETTI – GLUGOSKI, P.C.
Matthew Righetti (State Bar No. 121012)
John Glugoski (State Bar No. 191551)
Michael Righetti (State Bar No. 258541)
456 Montgomery St., Suite 1400
San Francisco, California 94104
Telephone: (415) 983-0900
Facsimile: (415) 397-9005
Email: matt@righettilaw.com
Email: jglugoski@righettilaw.com
Email: mike@righettilaw.com

Attorneys for Plaintiff,
KAITLYN SHEPARDSON

JACKSON LEWIS P.C.
Mia Farber (State Bar No. 131467)
Angel R. Sevilla (State Bar No. 239072)
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017
Telephone:    (213) 689-0404
Facsimile:    (213) 689-0430
Email: mia.farber@jacksonlewis.com
Email: angel.sevilla@jacksonlewis.com

Attorneys for Defendant
ADECCO USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAITLYN SHEPARDSON, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ADECCO USA, INC., and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 3:15-cv-05102 (EMC)<br><br>Assigned For All Purposes To:<br>Hon. Edward M. Chen<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>[Pursuant to Local Rules 7-12, 16.2(e)]<br><br>Date:         February 13, 2020<br>Time:        9:30 a.m.<br>Location:   Courtroom 05, 17th Floor<br>                  450 Golden Gate Avenue<br>                  San Francisco, California 94102<br><br>Original Complaint filed: August 18, 2015<br>Trial Date: None set |

1  Plaintiff Kaitlyn Shepardson ("Plaintiff") and Defendant Adecco USA, Inc. ("Adecco" or
2  "Defendant") (collectively, the "Parties"), through their respective counsel of record, stipulate and
3  agree as follows:
4  WHEREAS, Plaintiff filed the proposed class action on August 18, 2015.  Defendant
5  removed the action to this Court and filed a Motion to Compel arbitration pursuant to the Dispute
6  Resolution Agreement between the Parties.  The Court granted Defendant's Motion to Compel
7  pursuant to the arbitration agreement. (ECF Doc. 22.)
8  WHEREAS, Plaintiff's individual claims are presently pending before the American
9  Arbitration Association ("AAA"), Case No. 01-19-0000-4026.
10  WHEREAS, Plaintiff's claims under the Private Attorneys' General Act ("PAGA") is
11  stayed pending the arbitration of Plaintiff's individual wage claims.
12  WHEREAS, the Court scheduled the next case management conference in this matter for
13  February 13, 2020 (ECF Doc. 58).
14  WHEREAS, the arbitration of Plaintiff's individual claims is scheduled for May 11 and 12,
15  2020.
16  **IT IS THEREFORE STIPULATED BY THE PARTIES, THROUGH THEIR**
17  **RESPECTIVE COUNSEL OF RECORD** that, subject to the Court's approval, the case
18  management conference be continued to a date after May 20, 2020.
19  IT IS SO AGREED:
20  DATED:  January 21, 2020                                    RIGHETTI – GLUGOSKI, P.C.

By:   /s/ John Glugoski
      Matthew Righetti
      John Glugoski
      Michael Righetti
      Attorneys for Plaintiff

DATED: January 21, 2020                                      JACKSON LEWIS P.C.


By: /s/ Angel R. Sevilla
Angel R. Sevilla
Attorneys for Defendant
ADECCO USA, INC.


*Counsel for Plaintiff, John Glugoski authorized submission of his e-signature on this document in writing, by e-mail dated January 21, 2020 at 11:06 a.m.


### [PROPOSED] ORDER

Pursuant to Good Cause, the Court hereby Orders that the Case Management Conference, now scheduled for February 13, 2020, is continued and shall be scheduled to take place on _____, 20__ at _____ a.m./p.m.  The Case Management Statement is due by _____, 20__.

**IT IS SO ORDERED.**


Dated: _____, 2020                    _____
The Honorable Edward M. Chen
United States District Court,
Northern District of California

4813-6421-8034, v. 1